**SO ORDERED.**



**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for Chase Home Finance LLC
[FILE 10-000868 CHE]

Dated: March 16, 2010

_____
**REDFIELD T. BAUM, SR**
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MICHAEL SALVADOR JURADO AND RENEE LOUISE COOPERMAN,<br><br>Debtor. | Case # 2:09-bk-33115-RTBP<br><br>Chapter 7 Proceedings |
| Chase Home Finance LLC, its assignees and / or successors in interest,<br>      Movant,<br><br>v.<br><br>MICHAEL SALVADOR JURADO AND RENEE LOUISE COOPERMAN, Debtor, and Chapter 7 Trustee William E. Pierce,<br>      Respondents. | **ORDER LIFTING<br>THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>349 Dreamweaver Drive<br>Prescott, AZ 86301 |

    The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 349 Dreamweaver Drive, Prescott, AZ 86301 and legally described as:

> LOT 30, CLOUDSTONE-UNIT 1, ACCORDING TO THE PLAT OF RECORD IN BOOK 53 OF MAPS, PAGES 67, 68 AND 69, RECORDS OF YAVAPAI COUNTY, ARIZONA. LOT 30, CLOUDSTONE-UNIT 1.

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

1    4. Unless and until otherwise ordered, the Automatic Stay
2 imposed against CHASE shall remain lifted under this and any
3 other chapter of the Bankruptcy Code to which this case may
4 convert.
5        DATED: _____
6
7                                   _____
8                                   U. S. Bankruptcy Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24